MELINDA HAAG (CABN 132612)
United States Attorney

MIRANDA KANE (CABN 150630)
Chief, Criminal Division

SUSAN PHAN (CABN 241637)
Special Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102
    Telephone: (415) 436-7200
    Facsimile: (415) 436-7234
    E-Mail: Susan.Phan@usdoj.gov

Attorneys for the Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| UNITED STATES OF AMERICA, | ) | No. CR 11-0732 RS |
|---|---|---|
|     Plaintiff, | ) | |
|     v. | ) | **STIPULATION AND [PROPOSED] ORDER EXCLUDING TIME UNDER 18 U.S.C. § 3161** |
| GIL RIVAS-APARICIO, | ) | |
|     Defendant. | ) | |

    The defendant appeared for a status conference before this Court on November 29, 2011. Defense counsel requested that this matter be continued to December 13, 2011. The Government did not object to the continuance. Defense counsel needed additional time to investigate potential issues related to the case. The parties have agreed to exclude the period of time between November 29, 2011 to December 13, 2011, from any time limits applicable under 18 U.S.C. § 3161. Defense counsel represented that granting the exclusion would allow the reasonable time necessary for effective preparation. *See* 18 U.S.C. § 3161(h)(7)(B)(iv). The parties also agree that good cause exists, and that the ends of justice served by granting such an

STIPULATION & [PROPOSED] ORDER EXCLUDING TIME
CR 11-0732 RS

exclusion of time outweigh the best interests of the public and the defendant in a speedy trial. 18 U.S.C. § 3161(h)(7)(A). At the hearing, the Court made findings consistent with this agreement.

SO STIPULATED:

MELINDA HAAG
United States Attorney

DATED: December 7, 2011  _____/s/_____
SUSAN PHAN
Special Assistant U.S. Attorney

DATED: December 7, 2011  _____/s/_____
CHRISTOPHER F. MORALES
Attorney for GIL RIVAS-APARICIO

STIPULATION & [PROPOSED] ORDER EXCLUDING TIME
CR 11-0732 RS

[~~PROPOSED~~] ORDER

For the reasons stated above at the November 29, 2011 status conference, the Court finds that the exclusion from the time limits applicable under 18 U.S.C. § 3161 of the period from November 29, 2011 to December 13, 2011 is warranted and that good cause exists, and the ends of justice served by the continuance outweigh the best interests of the public and the defendant in a speedy trial. 18 U.S.C. §3161(h)(7)(A).

IT IS SO ORDERED.

DATED:__12/8/11_____          _____
                               RICHARD SEEBORG
                               United States District Judge